UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED INDICTMENT** |
| v. | 26 Cr. |
| ADEEB SALEH, | |
| Defendant. | **26 CRIM 020** |

## COUNT ONE
### (Theft of Government Funds)

The Grand Jury charges:

1.       From at least in or about July 2021 through at least in or about June 2024, in the Southern District of New York and elsewhere, ADEEB SALEH, the defendant, embezzled, stole, purloined, and knowingly converted to his use and the use of another, and without authority sold, conveyed, and disposed of a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the United States Department of Agriculture ("USDA"), which exceeded the sum of $1,000, and received, concealed, and retained the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, SALEH provided and obtained, and aided and abetted the provision and obtaining of, funds from the Supplemental Nutrition Assistance Program ("SNAP") to retail stores that were not authorized or permitted to receive SNAP funds.

(Title 18, United States Code, Sections 641 and 2.)

## COUNT TWO
### (Misappropriation of USDA Benefits)

The Grand Jury further charges:

2.       From at least in or about July 2021 through at least in or about June 2024, in the

Southern District of New York and elsewhere, ADEEB SALEH, the defendant, knowingly used, transferred, acquired, altered, and possessed benefits in a manner contrary to Chapter 51 of Title 7 of the United States Code, and the regulations issued pursuant thereto, which benefits were of a value of $5,000 and more, to wit, SALEH fraudulently provided and obtained, and aided and abetted the provision and obtaining of, SNAP benefits funded by the USDA for use by retail stores that were not authorized to use or obtain SNAP funds.

(Title 7, United States Code, Section 2024(b); Title 18, United States Code, Section 2.)

### COUNT THREE
**(Engaging in a Monetary Transaction in Property Derived
from Specified Unlawful Activity)**

The Grand Jury further charges:

3.      In or about September 2023, in the Southern District of New York and elsewhere, ADEEB SALEH, the defendant, within the United States, knowingly engaged and attempted to engage in a monetary transaction, as defined in Title 18, United States Code, Section 1957(f)(1), in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, SALEH caused Citibank official checks totaling approximately $1,165,000 to be issued from American Swipe Inc., Citibank Account 6879848105, which belonged to SALEH, to Volakos Law Firm for the purchase of real property located at 146 Ralph Ave, Brooklyn, New York 11233, consisting of proceeds from the theft of government funds, in violation of Title 18, United States Code, Section 641, and the misappropriation of USDA benefits, in violation of Title 7, United States Code, Section 2024(b).

(Title 18, United States Code, Sections 1957 and 2.)

### FORFEITURE ALLEGATIONS

4.      As a result of committing the offense alleged in Count One of this Indictment,

ADEEB SALEH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the following specific property (the "Specific Property"):

      a.      All right, title and interest in the real property, including all appurtenances and improvements thereon, located at 146 Ralph Ave, Brooklyn, New York 11233.

5.      As a result of committing the offense alleged in Count Two of this Indictment, ADEEB SALEH, the defendant, shall forfeit to the United States, pursuant to Title 7, United States Code, Section 2024(f), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of, unauthorized use, transfer, acquisition, alteration, or possession of benefits; or presentation for payment or redemption of benefits that have been illegally received, transferred, or used; or proceeds traceable to such violations; including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and the Specific Property.

6.      As a result of committing the offense alleged in Count Three of this Indictment, ADEEB SALEH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense, and the Specific Property.

## Substitute Assets Provision

7.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third person;

   c.      has been placed beyond the jurisdiction of the Court;

   d.      has been substantially diminished in value; or

   e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 7, United States Code, Section 2024(f);
Title 18, United States Code, Sections 981 and 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney

4